UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FANTASIA COFFEE & TEA INC.,<br><br>　　　　　Defendant. | Case No.　5:21-cv-01973-EJD<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

Plaintiff Scott Johnson filed the present action on March 22, 2021 and sought entry of default against Defendant on May 6, 2021. Dkt. Nos. 1, 12. The Clerk of Court entered default on May 10, 2021. Dkt. No. 13. Plaintiff has taken no further action in the case since.

On August 26, 2021, the Court ordered Plaintiff to file a motion for default judgment by September 9, 2021. Dkt. No. 14. The Court advised Plaintiff that if he failed to file a motion for default judgment by the deadline, the Court would dismiss the action for failure to prosecute. *Id.* Plaintiff did not file a motion for default judgment by September 9, 2021.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Accordingly, the Court DISMISSES this action with prejudice pursuant to Rule 41(b).

The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: September 15, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:21-cv-01973-EJD
ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE

1